3

JDR

FILED IN OPEN COURT
SEP 2 3 2026
CHRISTOPHER L. EKMAN, CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO.** 26-172-TFM |
| | * | **USAO NO. 26R00137** |
| **v.** | * | |
| | * | **VIOLATIONS: 18 U.S.C. § 875(c)** |
| **JAMES WESLEY McMEEN** | * | **18 U.S.C. § 844(e)** |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Interstate Threatening Communications
### Title 18, United States Code, Section 875(c)

On or about April 30, 2026, in the Southern District of Alabama, and elsewhere, the defendant,

**JAMES WESLEY McMEEN,**

knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another. Specifically, the defendant transmitted the following messages, among others, to an online law enforcement portal and a crisis intervention text line:

- "Ill kill everyone to you come and get me youll lose brothers I am a arson set Applebees in Foley Alabama dumpster fire a fire with cops beside us still unknown arson if I see yall Ill kill yall"
- "I'll kill every cop . . . Send them too me I'll kill them all . . . I'll kill everyone . . . Waiting on the cops . . . Send the cops or more dues . . . Dies* . . . Send cops more die . . . Ones dead I got 4 others alive come get them or more dies . . . I'm waiting to see lights . . . Longer it takes more dies . . . I'll have a gun . . . In my pants . . .

I'm about to kill Someone else . . . Get them here or they die . . . Come get me or more dies"

In violation of Title 18, United States Code, Section 875(c).

**COUNT TWO**
**Maliciously Conveying False Information Regarding an Explosive**
**Title 18, United States Code, Section 844(e)**

From on or about May 1, 2026, to on or about May 11, 2026, in the Southern District of Alabama, and elsewhere, the defendant,

**JAMES WESLEY McMEEN,**

through the use of an instrument of interstate and foreign commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an alleged attempt to be made to kill, injure, and intimidate an individual and unlawfully to damage and destroy a building, vehicle, and other real and personal property by means of an explosive, in and affecting interstate and foreign commerce. Specifically, the defendant transmitted the following messages, among others, to a crisis intervention text line:

- "Come find me if you do you'll have your suspect better be aggressive . . . Summerdale last night suspect . . . let pd and FBI know they will know . . . I'm armed . . . I'll kill everyone . . . No one shows up everyone dies . . . Tell them to come . . . The police I'm ready to die . . . Ofc I'm armed I'll kill everyone come get me . . . Ill kill everyone I see . . . When they show up . . . Bombs and aks . . . Just setting the bomb off . . . Ittl kill everyone . . . Come fuck with me 3 are dead already . . . I kill them all and the army . . . Come fuck with me I'll kill everyone you and the United States . . . I'm a higher up come fuck with me"
- "I have hostages at [redacted location in the Southern District of Alabama known to the Grand Jury] I'll kill everyone including police pull-up . . . Want proof"

- "I have hostages at my house come get me"
- "Im watching baldwin sheriff's office and Summerdale at [redacted location in the Southern District of Alabama known to the Grand Jury] with snioers . . . Snipers fuck with me were watch you . . . Tell dispatch . . . I'm ready to blow the bombs . . . I'm at [redacted location in the Southern District of Alabama known to the Grand Jury] 1 sheriff in front I'm not there but I'm aiming at him go or I blow . . . Al.summerdale it's under the house . . . I'm ready to blow it . . . Fuck there not save from summerdsle to robertsalde I have napal under the house on the gas line"
- "I'm at [redacted location in the Southern District of Alabama known to the Grand Jury] . . . I have the youngest one as my killer he had a gun but he's hiding ready to kill everyone . . . I kill everyone you Baldwin sheriff's office showed up and Summerdale pd they didn't do shit . . . Fuck 911 I told you my address pullup . . . I kill everyone I'll die with gun fire . . . send every force you have . . . Bomb threat wasn't fake I was watching them . . . My house at [redacted location in the Southern District of Alabama known to the Grand Jury] . . . I was watching the pd about the bomb threat"
- "Fuck you send the cops I have bombs I been watching the cops showing up to [redacted location in the Southern District of Alabama known to the Grand Jury] . . . fuck with me pull up I'll blow it"
- "I'm looking at [redacted location in the Southern District of Alabama known to the Grand Jury] . . . it's raining rn there the cops keep riding around stop or I'll blow the house yp . . . I have bombs under the house I'm about to blow up Summerdale . . . I'm ready to kill them ones want to see more helicopters or I blow

summerdsle up . . . I want blood . . . I been watching you all . . . I dead already . . .

Send the cops I'll kill them all . . . I have bombs under the house"

In violation of Title 18, United States Code, Section 844(e).

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

JUSTIN D. ROLLER
Deputy Chief, Criminal Division

KASEE S. HEISTERHAGEN
Chief, Criminal Division

SEPTEMBER 2026